UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARROW et al., | Civil No. 11cv1107 AJB (BLM) |
| Plaintiffs, | **ORDER (1) ADOPTING REPORT AND RECOMMENDATION, (2) GRANTING DEFENDANTS' MOTION TO ENFORCE THE TERMS OF THE SETTLEMENT, AND (3) DISMISSING THE CASE WITH PREJUDICE** |
| v. | |
| GENUINE PARTS COMPANY MEDICAL PLAN et al., | |
| Defendants. | [Docs. 31, 37] |

Presently before the Court is Defendants' motion to enforce the terms of the settlement stated on the record on November 18, 2011. (Doc. 31.) The Court referred the matter to Magistrate Judge Barbara Lynn Major, who issued a report and recommendation that the Court grant Defendants' motion and dismiss the case with prejudice. (Doc. 37.)

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district judge's duties in connection with a magistrate judge's report and recommendation. The district judge must "make a *de novo* determination of those portions of the report to which objection is made," and "may accept, reject, or modify, in whole or in part, the finding or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of timely objection(s), the Court "need only satisfy itself that there is no clear

1  error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory
2  Committee Notes (1983); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).
3      Neither party has timely filed objections to Magistrate Judge Major's report and recommenda-
4  tion. (*See* Doc. 37 at 8 (objections due by June 8, 2012).) Having reviewed the report and recommenda-
5  tion, the Court finds that it is thorough, well reasoned, and contains no clear error. Accordingly, the
6  Court hereby (1) **ADOPTS** Magistrate Judge Major's report and recommendation, (2) **GRANTS**
7  Defendants' motion to enforce the terms of the settlement, and (3) **DISMISSES** the instant case *with*
8  *prejudice*.
9      IT IS SO ORDERED.

11 DATED:  June 27, 2012

                                          _____
                                          Hon. Anthony J. Battaglia
                                          U.S. District Judge