1
2
3
4
5
6
7
8

9                              UNITED STATES DISTRICT COURT

10                           SOUTHERN DISTRICT OF CALIFORNIA

11

12   FARROW et al.,                        )   Civil No. 11cv1107 AJB (BLM)
                                           )
13              Plaintiffs,                )   **ORDER (1) ADOPTING REPORT**
                                           )   **AND RECOMMENDATION, (2)**
14   v.                                    )   **GRANTING DEFENDANTS' MOTION**
                                           )   **TO ENFORCE THE TERMS OF THE**
15   GENUINE PARTS COMPANY MEDICAL         )   **SETTLEMENT, AND (3) DISMISSING**
     PLAN et al.,                          )   **THE CASE WITH PREJUDICE**
16                                         )
                Defendants.                )   [Docs. 31, 37]
17                                         )

18       Presently before the Court is Defendants' motion to enforce the terms of the settlement stated on

19   the record on November 18, 2011. (Doc. 31.) The Court referred the matter to Magistrate Judge Barbara

20   Lynn Major, who issued a report and recommendation that the Court grant Defendants' motion and

21   dismiss the case with prejudice. (Doc. 37.)

22       Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district judge's

23   duties in connection with a magistrate judge's report and recommendation.  The district judge must

24   "make a *de novo* determination of those portions of the report to which objection is made," and "may

25   accept, reject, or modify, in whole or in part, the finding or recommendations made by the magistrate

26   judge." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989).

27   However, in the absence of timely objection(s), the Court "need only satisfy itself that there is no clear

28

error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory Committee Notes (1983); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Neither party has timely filed objections to Magistrate Judge Major's report and recommendation. (*See* Doc. 37 at 8 (objections due by June 8, 2012).) Having reviewed the report and recommendation, the Court finds that it is thorough, well reasoned, and contains no clear error. Accordingly, the Court hereby (1) **ADOPTS** Magistrate Judge Major's report and recommendation, (2) **GRANTS** Defendants' motion to enforce the terms of the settlement, and (3) **DISMISSES** the instant case *with prejudice*.

IT IS SO ORDERED.

DATED: June 27, 2012

Hon. Anthony J. Battaglia
U.S. District Judge